UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: DAVOL, INC./C.R. BARD, INC., POLYPROPYLENE HERNIA MESH PRODUCTS LIABILITY LITIGATION | Case No. 2:18-md-2846<br><br>JUDGE Edmund A. Sargus, JR.<br>Magistrate Judge Kimberly A. Jolson |
| **This document relates to:**<br>Marjorie Divine | Civil Action No.   **2:23-cv-699** |

## STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Marjorie Divine, by and through counsel, and Defendants C.R. Bard, Inc/ Davol, Inc. stipulate and agree that this case should be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear its own costs, fees and expenses.

| ATTORNEY FOR PLAINTIFF | ATTORNEYS FOR DEFENDANTS |
|---|---|
| /s/Syreeta Defrance-Poindexter<br>Syreeta Defrance-Poindexter<br>***Babin Law, LLC***<br>65 E. State Street<br>Columbus, OH 43215<br>(614) 384-7035<br>Syreeta.poindexter@babinlaws.com<br>*Attorney for Plaintiff* | /s/Eric L. Alexander<br>Eric L. Alexander, Esq.<br>***Reed Smith LLP***<br>1301 K St., NW, Suite 1000<br>Washington, DC 20005<br>(202) 414-9200<br>ealexander@reedsmith.com<br>*Attorney for Defendants* |

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of March, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of this electronic filing to all parties or counsel of record in this action.

/s/ Syreeta Defrance-Poindexter
Syreeta Defrance-Poindexter (0093063)
***Babin Law, LLC***
65 E. State St. Suite 1300
Columbus, OH 43215
(614) 384-7035
Syreeta.Poindexter@babinlaws.com
*Attorney for Plaintiff*